IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                        Case No. 1:07MJ37

ANTHONY MEREDITH AND
KATHRYN MCNEILL,

**Defendant.**

## ORDER/OPINION

On June 26, 2007, came the United States by Zelda Wesley, its Assistant United States Attorney, and Defendant Anthony Meredith, in person and by his counsel, Brian J. Kornbrath, and Defendant Kathryn McNeill, in person and by her counsel Travis Fitzwater, for preliminary hearing on the criminal complaint filed against both Defendants on June 20, 2007.

Prior to the taking of evidence, Defendants each waived the preliminary hearing in writing. From the colloquy between the Court and each defendant, the Court concludes each Defendant's decision to waive the preliminary hearing was knowingly and voluntarily made. The Court accepts each Defendant's waiver of preliminary hearing.

The Court therefore finds there is probable cause to believe that on or about the 19th of June, 2007, in Monongalia County, in the Northern District of West Virginia, the defendants Anthony Meredith and Kathryn McNeill did unlawfully, knowingly, and intentionally manufacture, distribute or possess with intent to manufacture, distribute, or dispense a controlled substance, namely, heroin, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 846.

It is therefore **ORDERED** that Anthony Meredith and Kathryn McNeill each be bound over

for proceedings before a Grand Jury attending the United States District Court for the Northern District of West Virginia.

The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 26 day of June, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE